IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OSSIE WILLIAMS, JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-127-TQL |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 28, 2022, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 29th day of November, 2022.

.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk